IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

vs.                                                                                       CR. NO. 16CR00781-02 (JAG)

CARLO JOEL HERNANDEZ-ALICEA

SUPPLEMENT TO MOTION FILED ON DECEMBER 20, 2023 (dkt. 105)

**SUPERVISORY U.S. PROBATION OFFICER YARIXA VAZQUEZ-MARCANO informs the Court that on June 1, 2022,** Mr. Carlo Joel Hernandez-Alicea commenced his imposed supervision term, which was set to expire on May 31, 2026.

On December 20, 2023, a Motion Notifying Violations of Supervision Term and Requesting an arrest warrant (Docket 105) was submitted to this Honorable Court informing, among other things, that Mr. Hernandez-Alicea was arrested on December 8, 2023, by the Puerto Rico Police Department – for violation to the Article 3.1 of the Puerto Rico 54 Domestic Violence Act, physical abuse. On January 10, 2024, Mr. Hernandez-Alicea was taken before a state Judge, Yazdel A. Ramos Colon presiding over the San Juan State

Courthouse for Preliminary Hearing. The charges brought against Mr. Hernandez-Alicea were dismissed under Rule 64.

**WHEREFORE**, it is respectfully requested, unless ruled otherwise, that the Honorable Court take note of the contents of this motion.

In San Juan, Puerto Rico, February 26, 2024.

> Respectfully submitted,
>
> LUIS ENCARNACION, CHIEF
> U.S. PROBATION OFFICER
>
>
> S/Yarixa Vazquez-Marcano
> Yarixa Vazquez-Marcano, Supervisory
> U.S. Probation Officer
> 150 Carlos Chardon Avenue
> Federal Office Building
> San Juan, P.R. 00918-1741
> Email:yarixa_vazquez@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on February 26, 2024, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all interested parties.

In San Juan, Puerto Rico, February 26, 2024.

    s/Yarixa Vazquez-Marcano
    Yarixa Vazquez-Marcano, Supervisory
    U.S. Probation Officer
    Federal Office Bldg. Room 400
    150 Chardon Avenue
    San Juan, P.R. 00918-1741
    Email: yarixa_vazquez@prp.uscourts.gov