IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Vs.                                          CR. NO.16CR00781-2 (JAG)

Carlo Hernandez-Alicea


**SUPPLEMENTAL TO MOTION FILED ON FEBRUARY 26, 2025, UNDER DOCKET 163, NOTIFYING ADDITIONAL VIOLATIONS OF SUPERVISED RELEASE CONDITIONS, AND REQUESTING ORDER TO SECURE CONFIDENTIAL RECORDS**

      **COMES NOW, ALEXANDRA CASTELLANOS**, United States Probation Officer of this Court, informing that on April 5, 2024, Mr. Hernandez-Alicea commenced the imposed second supervision term. On February 26, 2025, a motion was filed by the U.S. Probation Office notifying the Court of new criminal charges filed against Mr. Hernandez-Alicea for violations to the Puerto Rico Domestic Violence law, and for use of illegal substances, requesting an arrest warrant and a show cause hearing. Arrest warrant was issued on the same day. Since the filing of said motion, Mr. Hernandez-Alicea has violated the following supervision conditions:

      **MANDATORY CONDITION #1: YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME.**

      **SPECIAL CONDITION: THE DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME, AND SHALL OBSERVE THE STANDARD CONIDTIONS OF SUPERVISED RELEASE RECOMMENDED BY THE UNITED STATES SENTENCING COMISSION AND ADOPTED BY THIS COURT."**

On April 27, 2025, Mr. Carlo Hernandez-Alicea was charged in the Bayamon First Instance Court for violations to the Puerto Rico Domestic Violence Law 54 Art. 3.1 (Abuse). According to state complaints filed under state case No.BY2025CR00555-1-3, Mr. Hernandez-Alicea employed physical and psychological violence against his consensual partner, to cause emotional damage consisting of him calling her a pig, a slut, and "cabrona", while punching her on her left side of the face, provoking hematomas. As well as punching her on various body parts. Moreover, Mr. Hernandez-Alicea threatened the victim by telling her that he would call his brother to explode her "para que la explotara".

**WHEREFORE,** in lieu of the aforementioned violation, it is respectfully requested that this Honorable Court takes notice of the content of this motion, the same be included and considered in the impending revocation proceedings. Furthermore, in view of these circumstances, and in an effort to comply with our statutory duty of providing the Honorable Court with the most accurate and complete information on Mr. Hernandez-Alicea, we hereby request the issuance of an order authorizing us to obtain the required confidential record from the Puerto Rico Police Department (Compliant Number: 2025-07-111-04493) and the State Attorney's Office.

In San Juan, Puerto Rico, this 20th day of May 2025.

Respectfully submitted,

LUIS O ENCARNACION, CHIEF
U.S. PROBATION OFFICER

*s/Alexandra Castellanos*
Alexandra Castellanos
U.S. Probation Officer
Federal Office Building Room 106
Chardon Avenue
San Juan, P.R. 00918-1741

Tel. 787-399-7334
Fax 787-771-4063
Email:alexandra_castellanos@prp.uscourts.gov

CERTIFICATE OF SERVICE

I HEREBY certify that, on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of this filing to the parties in this case.

In San Juan, Puerto Rico, this 20th day of May 2025.

<u>s/Alexandra Castellanos</u><br>
Alexandra Castellanos<br>
U.S. Probation Officer